# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FREDRIC MORA, | CASE NO. 1:-07-cv-01894-OWW-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT, AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| LAW OFFICES OF WOLFF, KINSLER, AND SITTIG, et al., | (Doc. 1) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM |

Plaintiff Michael Fredric Mora ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 18, 2007, but did not sign his complaint. All filings must bear Plaintiff's original signature, and the Court cannot consider an unsigned filing. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Accordingly, **(1)** Plaintiff's unsigned complaint is HEREBY STRICKEN from the record, **(2)** the Clerk's Office shall send Plaintiff a complaint form, and **(3)** Plaintiff shall file a signed complaint **within thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 1, 2008**                           /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE